FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.

★ DEC 09, 2015

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

J.C. by mother and Legal Guardian ARELIS CASTILLO,

                                      Plaintiff,

-against-

THE CITY OF NEW YORK, THOMAS NAPOLITANO and
ROBERT MARTINEZ,

                                    Defendants.
-------------------------------------------------------------------x

**STIPULATION AND
ORDER OF DISMISSAL**

14 CV 7292 (ENV) (CLP)

        **WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

        1.    The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
_____, 2015

| | |
|---|---|
| LAW OFFICE OF RICHARD P. REYES, P.C.<br>*Attorneys for Plaintiff*<br>350 Broadway, Suite 701<br>New York, NY 10011<br>(212) 966-3761<br><br>By: _____<br>Richard P. Reyes<br>*Attorney for Plaintiff* | ZACHARY W. CARTER<br>Corporation Counsel of the<br>   City of New York<br>*Attorney for Defendants City of New York,*<br>*Napolitano, and Martinez*<br>100 Church Street, 3rd Floor<br>New York, New York 10007<br><br>By: _____<br>Elissa B. Jacobs<br>*Assistant Corporation Counsel* |

*The Clerk is directed to close this case.*

SO ORDERED:

/s/ USDJ VITALIANO

_____
HON. ERIC N. VITALIANO
UNITED STATES DISTRICT JUDGE

DEC 8 2015     Dated: _____ 2015